IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SARAH CAR CARE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| LOGISTICARE SOLUTIONS, LLC and | : | NO. 21-1761 |
| MODIVCARE SOLUTIONS, LLC F/K/A | : | |
| LOGISTICARE AND/OR LOGISTICARE | : | |
| SOLUTIONS, LLC, | : | |
| | : | |
| Defendants. | : | |
| | : | |

# ORDER

AND NOW, this 9th day of January, 2024, upon consideration of Defendants' Motion to Dismiss or Stay and Compel Arbitration (ECF No. 5), it is hereby **ORDERED** as follows:

1. Defendants' Motion is **GRANTED** for the reasons set forth in this Court's accompanying Memorandum, and Plaintiff Sarah Car Care is **DIRECTED** to arbitrate its claims in accordance with the Parties' agreement; and

2. The Clerk of Court is **DIRECTED** to place this matter in civil suspense for six (6) months or until the case has been resolved through arbitration.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**